In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-00165-CV


____________________



MARY HARMON, Appellant



V.



NATIONAL LLOYDS INSURANCE COMPANY, Appellee 


 




On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-177,575 






MEMORANDUM OPINION



 Mary Harmon filed notice of appeal but failed to file a brief. On January 22, 2009,
we notified the parties that the brief had not been filed and warned that failure to file a brief
could result in a dismissal of the appeal for want of prosecution. On February 19, 2009, we
notified the parties that the appeal would be submitted to the Court without oral argument.
See Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we
dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

 APPEAL DISMISSED.

 



 ______________________________

 STEVE McKEITHEN

 Chief Justice



Submitted on March 12, 2009

Opinion Delivered March 26, 2009


Before McKeithen, C.J., Gaultney and Horton, JJ.